IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| STERLING G. BATTLE<br><br>    Plaintiff<br><br>vs.<br><br>BRUCE BATTLE<br><br>    Defendant | CIVIL ACTION NO.:  8:10-mc-00023 |

### PLAINTIFF'S MOTION TO VACATE JUDGMENT AND RELEASE WRIT OF GARNISHMENT

Your Plaintiff, by and through counsel, moves to vacate the judgment in the above-entitled matter and to release the writ of garnishment filed in this case and as grounds states as follows:

1. On January 15, 2010, Plaintiff registered a foreign judgment entered again the Defendant in the United States District Court for the Northern District of Georgia (DE 1).

2. Plaintiff then filed a request for writ of garnishment on wages against Compass Group, USA, Inc. (DE 5).

3. This Honorable Court granted Defendant's motion to stay proceedings as to the writ of garnishment until a decision from the United States District Court for the Northern District of Georgia was entered as to Defendant's motion for relief from the default judgment (DE 14).

1

4. On March 4, 2011, the United States District Court for the Northern District of Georgia granted Defendant's motion for relief from the default judgment entered in that Court (DE 18, Case Number 1:09-cv-1584-CAP). Based upon the entry of an order of the originating Court vacating the default judgment, Plaintiff moves pursuant to Rule 60(b)(4) for relief from this judgment on the grounds that it is void.

WHEREFORE, your Plaintiff requests that this Honorable Court issue an order vacating the judgment and releasing the writ of garnishment on Compass Group, USA.

    THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Ronald S. Canter
Ronald S. Canter, Esquire
Bar No. 01024
11300 Rockville Pike, Suite 1200
Rockville, MD 20852
Telephone:  301-770-7490
Facsimile:  301-770-7493
E-Mail:  rcanter@roncanterllc.com
Attorney for Plaintiff

CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual listed below by Electronic Notification and by First Class Mail, Postage Prepaid on this 24th day of March, 2011 to:

| | |
|---|---|
| Kendra Randall, Esquire<br>Randall & Sonnier, LLC<br>Yolanda F. Sonnier, Esquire<br>2219 Maryland Avenue<br>Baltimore, MD  21218<br>Attorneys for Bruce Battle | **FIRST CLASS MAIL**<br>Compass Group USA, Inc.,<br>t/a Canteen Vending Services<br>**SERVE:  Resident Agent**<br>The Corporation Trust, Incorporated<br>351 West Camden Street, MD  21201<br>Garnishee |

　　　　　　　　　　　　　　　　　　　　/s/ Ronald S. Canter
　　　　　　　　　　　　　　　　　　　　Ronald S. Canter, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff